[No. 35579-1-I.    Division One.    October 14, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JAROCKUS GRISSOM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-01103-7, George A. Finkle, J., entered November 14, 1994. *Affirmed* by unpublished opinion per Webster, J., concurred in by Cox and Ellington, JJ.

[No. 36191-1-I.    Division One.    October 14, 1996.]

BRADLEY J. DOBOS, *Appellant*, v. PAMELA J. AUDETTE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-31248-2, Jim Bates, J., entered January 25, 1995. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Kennedy, A.C.J., and Agid, J.

[No. 37268-8-I.    Division One.    October 14, 1996.]

RECOMP OF WASHINGTON, INC., ET AL., *Appellants*, v. CITY OF FERNDALE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 94-2-02138-5, Michael F. Moynihan, J., entered January 13, 1995. *Affirmed* by unpublished opinion per Becker, J., concurred in by Webster and Agid, JJ.

[Nos. 14091-1-III; 14092-0-III;    Division Three.    October 17, 1996.]
      14093-8-III; 14094-6-III.

*In the Matter of the Interest of* T.J.S., M.A.S., K.A.S., C.A.S.,

WILLIAM D.S., *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeals from judgments of the Superior Court for Chelan County, No. 94-7-00006-6, 94-7-00005-8, 94-7-00004-0, Philip Borst, J., entered June 23, 1994. *Affirmed* by unpublished opinion per Schultheis, A.C.J., concurred in by Munson and Kurtz, JJ.